# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  14−36071−KRH
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Barbara Haskins Kearney
aka Barbara Yvonne Haskins
10201 Beaver Bridge Road
Chesterfield, VA 23838

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4985

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**     **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on November 11, 2014. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  November 25, 2014**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **All Schedules (A−J) and Statement of Financial Affairs**
**Attorney Fee Disclosure**
**Chapter 13 Plan**
**OFB22C**

Date:   November 12, 2014

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Suzan Ramirez−Lowe
Deputy Clerk

[10071_30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Barbara Haskins Kearney  
    Debtor

Case No. 14-36071-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: ramirez-l     Page 1 of 1     Date Rcvd: Nov 12, 2014  
                     Form ID: both2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2014.  
db         +Barbara Haskins Kearney,    10201 Beaver Bridge Road,    Chesterfield, VA 23838-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2014 at the address(es) listed below:  
              Carl M. Bates     station01@richchap13.com,  
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com  
              Nnika E. White     on behalf of Debtor Barbara Haskins Kearney nwhite@whitelawva.com,  
               npatel@whitelawva.com,ycurrence@whitelawva.com,aneiman@whitelawva.com,dedwards@whitelawva.com,  
               adm.whiteandassociates@gmail.com,amccaskill.whiteandassociates@gmail.com  
                                                                                  TOTAL: 2